MCGREGOR W. SCOTT
United States Attorney
KENDALL J. NEWMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2821

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:06-CV-1740 FCD/KJM |
| Plaintiff, ) | |
| v. ) | **ORDER REGARDING ADDITIONAL INTERROGATORIES** |
| UNION PACIFIC RAILROAD COMPANY, ) | |
| Defendant. ) | |

Pursuant to the stipulation of the parties and based upon good cause, Plaintiff United States of America may propound an additional 30 interrogatories to Defendant Union Pacific Railroad to ascertain the factual basis and witnesses in support of each of Defendant's affirmative defenses.

IT IS SO ORDERED.

Dated: January 22, 2007.

_____
U.S. MAGISTRATE JUDGE

1