IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,   No. CIV 06-1740 FCD KJM

   vs.

UNION PACIFIC RAILROAD COMPANY,

    Defendant.   ORDER
_____/

    Plaintiff's motion to compel came on regularly for hearing March 7, 2007. Kendall Newman and Kirk Sherriff appeared for plaintiff. Ryan Donlon and Susan Keeney appeared for defendant. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

    1. No later than March 14, 2007, the parties may submit supplemental briefing, not to exceed five pages, on the issue of whether state or federal law applies with respect to the privileges claimed by defendant.

    2. No later than March 14, 2007, defendant shall submit supplemental briefing providing the titles of persons identified in the privilege log and explaining the relationship between defendant's claims department and its legal department with respect to their interactions

1

regarding the incident giving rise to the claims herein.

  3. No later than March 14, 2007, defendant shall lodge the complete transcript of the Dickinson deposition.

  4. Plaintiff's objections to the Marr declaration are sustained.

  5. No later than March 16, 2007, defendant shall submit, for in camera review, all documents withheld on the basis of settlement privilege and any documents, including but not limited to witness transcripts and interviewer notes, pertaining to interviews of Duane Weaver and Eddie Mayle.

  6. Pursuant to the offer of defense counsel, within seven days from the date of this order, defendant shall provide to plaintiff the contact information for persons identified at hearing as having the names Richard McCutcheon, Susan Heffernan, Diana Keith and Keith Stewart (or the phonetic equivalents thereof).

  7. No later than March 23, 2007, defendant shall provide for inspection and testing any physical evidence from the signal box, including the rectifier, battery, and photos if available, that was submitted to the Palo Alto testing firm referenced at the hearing on this matter. Reports of testing need not be provided.

  8. Any other disputed matters not resolved above shall be submitted upon the parties' filing by March 16 of the items ordered or provided for above.

DATED: March 7, 2007.

_____
U.S. MAGISTRATE JUDGE

006
us-uprr.oah