UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>   Defendant. | Case No.:  CV S-06-01740-FCD-KJM<br><br>ORDER EXTENDING DISCOVERY CUTOFF AND EXPERT DISCOVERY DEADLINES |

Upon application by Union Pacific filed February 23, 2007 ("Application"), and pursuant to the parties' subsequent Stipulation, filed March 12, 2007 ("Stipulation"), the parties have requested that the dates set in the Status (Pretrial Scheduling) Order, filed October 20, 2006 for Discovery Cutoff (May 1, 2007); Expert Witness Disclosure (May 15, 2007); Supplemental Expert Disclosure (June 6, 2007), and Expert Discovery Cutoff (July 6, 2007), be extended by 30 days.  The parties have also stipulated to extending by two weeks the Motion Hearing deadline of September 7, 2007.

The Court, having reviewed the submitted papers in support of the Application, including the subsequent Stipulation, finds that good cause exists for the requested modification pursuant to FRCP 16(b) and Local Rule 16-240.  Accordingly, it is ordered that the above dates are vacated.  The revised schedule in this matter is as follows:

///

///

1   Discovery Cutoff: June 1, 2007

2   Expert Witness Disclosure/Reports: June 15, 2007

3   Supplemental Expert Disclosure/Reports: July 6, 2007

4   Expert Discovery Cutoff:  August 6, 2007.

5   Motion Hearing Deadline: September 21, 2007.

6   The other dates established by the Status (Pretrial Scheduling) Order remain unchanged:
*i.e*., the Final Pretrial Conference is November 16, 2007 at 2:30 p.m., and Jury Trial is set for January 29, 2008 at 9:00 a.m.  Additionally, the substantive requirements of the Status (Pretrial Scheduling) Order remain unchanged.

IT IS SO ORDERED

DATED: March 13, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE