MCGREGOR W. SCOTT
United States Attorney
KENDALL J. NEWMAN
KIRK E. SHERRIFF
KIMBERLY A. GAAB
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2821

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>　　　　　　Defendant. | Case No. 2:06-CV-1740 FCD/KJM<br><br>**ORDER REGARDING MODIFYING PRETRIAL AND TRIAL SCHEDULE** |

Based upon the stipulation of the parties and good cause appearing therefore, IT IS HEREBY ORDERED that the pretrial and trial schedule is modified as follows:

　　a.  All dispositive motions are to be filed by October 12, 2007(and noticed for the date and time noted in "d" below);

　　b.  All opposition to dispositive motions are to be filed by November 13, 2007;

　　c.  All reply briefs in support of the dispositive motions are to be filed by November 30, 2007;

　　d.  All dispositive motions shall be heard no later than February 8, 2008 at 10:00 a.m. in Courtroom #2;

1

e. The Final Pretrial Conference is set for April 18, 2008, at 1:30 p.m.

f. The jury trial is set for June 10, 2008, at 9:00 a.m.  The parties estimate a trial length of approximately thirty (30) days.

DATED: September 19, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE