SUSAN M. KEENEY (State Bar No. 60747)
PETER C. LYON (State Bar No. 174019)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
UNION PACIFIC RAILROAD
COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:06-CV-01740-FCD (KJM) |
|---|---|
| Plaintiff, | **DEFENDANT UNION PACIFIC RAILROAD COMPANY'S NOTICE OF CONCESSION OF LIABILITY WITH RESPECT TO PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION OF ISSUES RE LIABILITY** |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, | |
| Defendant. | |
| | Judge:  Hon. Frank C. Damrell<br>Date:   February 8, 2008<br>Time:   10:00 a.m. |

1       PLEASE TAKE NOTICE THAT Defendant Union Pacific Railroad Company ("UP") will not further contest its liability to Plaintiff for the cause and origin of the Storrie Fire in this litigation. Accordingly, UP concedes that item 1 in Plaintiff's Motion for Summary Adjudication as to Liability may be entered as requested by Plaintiff.

      Furthermore, UP will not contest the reasonableness of Plaintiff's suppression tactics; however, UP continues to dispute the reasonableness of the amount of the fire suppression costs as claimed and Plaintiff's entitlement to the amount of the fire suppression costs as claimed. See e.g., *People v. Southern Pacific Railroad*, 139 Cal.App. 3d 627, 640 (1983); *People v. Southern California Edison*, 56 Cal.App. 3d 593, 602-607 (1976).

DATED: January 31, 2008

SEVERSON & WERSON
A Professional Corporation

By: _____
     Peter C. Lyon

Attorneys for Defendant
Union Pacific Railroad Company