McGREGOR W. SCOTT
United States Attorney
KENDALL J. NEWMAN
KIMBERLY A. GAAB
KURT A. DIDIER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:06-cv-01740-FCD-KJM |
|---|---|---|
| Plaintiff, | ) | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT; AND ORDER THEREON** |
| v. | ) | |
| UNION PACIFIC RAILROAD CO., | ) | |
| Defendant. | ) | |
| | ) | |

    Plaintiff United States of America and Defendant Union Pacific Railroad Co., by and through undersigned counsel, hereby stipulate to dismissal of the action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a) and the terms and conditions of the parties' Settlement Agreement. Each party shall bear its own costs.

    Notwithstanding the entry of a dismissal herein, the parties hereby stipulate that United States District Judge Frank C. Damrell, Jr. shall maintain jurisdiction to enforce the terms of the

//

//

//

//

STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT; AND ORDER THEREON

Settlement Agreement.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: July 3, 2008 | McGREGOR W. SCOTT<br>United States Attorney |
|  | By: /s/ Kendall J. Newman<br>KENDALL J. NEWMAN<br>Assistant U.S. Attorney |
|  | Attorneys for Plaintiff<br>United States of America |
| DATED: June 19, 2008 | SEVERSON & WERSON |
|  | By: /s/ Michael B. Murphy<br>MICHAEL B. MURPHY |
|  | Attorneys for Defendant<br>Union Pacific Railroad Co. |

**ORDER OF DISMISSAL**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE.

.

Dated:  _____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE